UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROBERT LOUIS POWELL,                                                     Petitioner,

v.                                                    Civil Action No. 3:15-cv-P448-DJH

DON BOTTOM,                                                              Respondent.

\* \* \* \* \*

## MEMORANDUM AND ORDER

Unrepresented by counsel, Petitioner, Robert Louis Powell, filed a petition under 28 U.S.C. § 2254 for writ of habeas corpus (DN 1). Therein, Petitioner seeks to challenge the constitutionality of his 2002 Oldham Circuit Court conviction of murder.

Review of the Court's records reveals that Petitioner has previously filed, through counsel, a § 2254 petition challenging his 2002 conviction. *See Powell v. Haney*, Civil Action No. 3:10-cv-P135-TBR. "Before a second or successive application . . . is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." *See* 28 U.S.C. § 2244(b)(3)(A); *In re Wilson*, 142 F.3d 939, 940 (6th Cir. 1998).

Petitioner has failed to obtain certification by a panel of the Sixth Circuit Court of Appeals prior to filing the instant petition in the district court.

Therefore, **IT IS ORDERED** that the petition under 28 U.S.C. § 2254 for writ of habeas corpus (DN 1) is **TRANSFERRED** to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631.[1]

Date:   June 30, 2015

**David J. Hale, Judge**
**United States District Court**

cc:   Petitioner, *pro se*
      Respondent
      Clerk, Sixth Circuit
4415.009

---

[1]*See In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) ("[W]e hold that when a prisoner has sought § 2244(b)(3) permission from the district court, or when a second or successive petition for habeas corpus relief or § 2255 motion is filed in the district court without § 2244(b)(3) authorization from this court, the district court shall transfer the document to this court pursuant to 28 U.S.C. § 1631.").